UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRANSACTION SECURE, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a foreign corporation, d/b/a INSTAGRAM,,<br><br>Defendant. | Case No. 5:19-cv-4355-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B)(6)** |

Facebook, Inc.'s ("Facebook") Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) was heard by the Honorable Edward J. Davila, Judge of the U.S. District Court for the Northern District of California on February 20, 2020. The Court, having considered all papers and pleadings submitted by the parties, the oral arguments of counsel made at the hearing, and being fully advised, finds as follows:

1. The claims of U.S. Patent No. 8,738,921 are invalid under 35 U.S.C. § 101; and

2. Plaintiff's Complaint should be dismissed with prejudice for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS THEREFORE ORDERED that:

1. Facebook's Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) is GRANTED; and

2. Transaction Secure's case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____  
Edward J. Davila  
United States District Judge