COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
PHILLIP E. MORTON (pro hac vice)
(pmorton@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842-7899

*Attorneys for Defendant
Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRANSACTION SECURE, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a foreign corporation, d/b/a INSTAGRAM,,<br><br>Defendant. | Case No.  3:19-cv-4355-EJD<br><br>**DEFENDANT FACEBOOK, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Facebook, Inc. ("Facebook") states that it has no parent corporation and that, to its knowledge, no publicly held corporation owns 10% or more of its stock as of the date of Facebook's April 12, 2019 Proxy Statement..

| | | |
|---|---|---|
| 1 | Dated: October 4, 2019 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Phillip E. Morton* |
| 4 | | HEIDI L. KEEFE (CA Bar No. 178960) |
| 5 | | hkeefe@cooley.com<br>COOLEY LLP |
| 6 | | 3175 Hanover Street<br>Palo Alto, CA 94304-1130 |
| 7 | | Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |
| 8 | | |
| 9 | | PHILLIP E. MORTON<br>pmorton@cooley.com<br>COOLEY LLP |
| 10 | | 1299 Pennsylvania Avenue, NW<br>Suite 700 |
| 11 | | Washington, DC 20004-2446<br>Telephone:  (202) 842-7800 |
| 12 | | Facsimile:  (202) 842-7899 |