Coleman W. Watson, Esq. (SBN 266015)
coleman@watsonllp.com
WATSON LLP
601 S. Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: 213.228.3233
Facsimile: 213.330.4222

*Attorneys for Plaintiff,*
*Transaction Secure, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TRANSACTION SECURE, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., a foreign corporation, d/b/a INSTAGRAM,<br><br>Defendant. | Case No.: 5:19-cv-04355-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, TRANSACTION SECURE, LLC, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action without prejudice. Defendant, FACEBOOK, INC., has not filed an Answer to the Complaint or Motion for Summary Judgment.

**DATED** on October 21, 2019

Respectfully submitted,

WATSON LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
California Bar No. 266015
Florida Bar. No. 0087288
Georgia Bar No. 317133
New York Bar No. 4850004
coleman@watsonllp.com
docketing@watsonllp.com

**WATSON LLP**
601 S. Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: 213.228.3233
Facsimile: 213.330.4222

*Attorneys for Plaintiff,*
*Transaction Secure, LLC*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
- 2 -