

| | |
|---|---|
| 1 | Coleman W. Watson, Esq. (SBN 266015) |
| 2 | coleman@watsonllp.com<br>WATSON LLP |
| 3 | 601 S. Figueroa Street, Suite 4050<br>Los Angeles, CA 90017 |
| 4 | Telephone: 213.228.3233<br>Facsimile: 213.330.4222 |
| 5 | *Attorneys for Plaintiff,* |
| 6 | *Transaction Secure, LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TRANSACTION SECURE, LLC, a foreign limited liability company, | Case No.: 5:19-cv-04355-EJD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| FACEBOOK, INC., a foreign corporation, d/b/a INSTAGRAM, | |
| Defendant. | |

Plaintiff, TRANSACTION SECURE, LLC, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action without prejudice. Defendant, FACEBOOK, INC., has not filed an Answer to the Complaint or Motion for Summary Judgment.

**DATED** on October 21, 2019

Respectfully submitted,

WATSON LLP

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

- 1 -

| | |
|---|---|
| 1 | */s/ Coleman Watson* |
| 2 | **Coleman W. Watson, Esq.**<br>California Bar No. 266015 |
| 3 | Florida Bar. No. 0087288<br>Georgia Bar No. 317133 |
| 4 | New York Bar No. 4850004<br>coleman@watsonllp.com |
| 5 | docketing@watsonllp.com |
| 6 | **WATSON LLP**<br>601 S. Figueroa Street, Suite 4050 |
| 7 | Los Angeles, CA 90017<br>Telephone: 213.228.3233 |
| 8 | Facsimile: 213.330.4222 |
| 9 | *Attorneys for Plaintiff,*<br>*Transaction Secure, LLC* |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

- 2 -